RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Progressive Casualty Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GISELLE ALVARADO,<br><br>                                      Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY; PROGRESSIVE NORTHERN INSURANCE COMPANY; DOES I-XX<br><br>                                      Defendant. | Case No:  2:13-cv-01587-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between THOMAS J. MURPHREY, ESQ., attorney for Plaintiff, GISELLE ALVARADO, and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendants, PROGRESSIVE CASUALTY INSURANCE COMPANY AND PROGRESSIVE NORTHERN INSURANCE COMPANY, that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

///
///
///
///
///
///

IT IS FURTHER STIPULATED that there are no outstanding motions or matters pending before this Court.

DATED this __1__ day of ~~October~~ November, 2013.

By /s/ Thomas J. Murphy
THOMAS J. MURPHY, ESQ.
Nevada Bar No. 004124
8921 West Sahara Avenue, Suite A
Las Vegas, Nevada 89117
Telephone: (702) 870-2299
Facsimile: (702) 870-9968
*Attorney for Plaintiff,*
*Giselle Alvarado*

DENNETT WINSPEAR, LLP

By /s/ Ryan L. Dennett
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendants,*
*Progressive Casualty Insurance Company;*
*Progressive Northern Insurance Company*

## ORDER

UPON STIPULATION OF COUNSEL and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 7, 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

DENNETT WINSPEAR, LLP

By /s/ Ryan L. Dennett
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, #195
Las Vegas, Nevada 89129
*Attorneys for Defendants*